**Dated: July 22, 2020**
**The following is SO ORDERED:**

David S. Kennedy
**David S. Kennedy**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

---

```
                    UNITED STATES BANKRUPTCY COURT
                     WESTERN DISTRICT OF TENNESSEE

In re:                                      Chapter 13
SHARHONDA ANTIONETTE WARNER
Debtor(s)                                   Case No. 19-26576-K
SSN(1) XXX-XX-2567
```

---

ADMINISTRATIVE ORDER MODIFYING PLAN

---

        Comes now the Standing Chapter 13 Trustee who would show unto the Court that he has received notice that the debtor(s)' mortgage payments have been increased, and that the plan should be modified to provide for said payments.

        Premises considered, the Court being of the opinion that the Trustee's motion is well founded;

        IT IS THEREFORE ORDERED that the ongoing mortgage payments to RUSHMORE LOAN MANAGMENT SERVICES shall be increased to $551.47 effective with the payment for 09/01/2020 and that the debtor's plan payments will be increased accordingly.

        IT IS FURTHER ORDERED that a copy of this Motion and Order be mailed to the debtor(s) and debtor(s)' attorney of record and that the debtor(s) shall be given 10 days in which to file a written application for modification of this order.  In the absense of such application, this order shall become final.

                                            /S/ George W. Stevenson
                                            Chapter 13 Trustee

```
CC:  George W. Stevenson
YOG
     SHARHONDA ANTIONETTE WARNER
     41 BUILDERS WAY
     MEMPHIS, TN  38109

     HERBERT D HURST

     RUSHMORE LOAN MANAGMENT SERVICES
     PO BOX 52708
     IRVINE, CA  92619-2708
```